MANUFACTURERS TRUST COMPANY, Appellant, *v.* STATE MUTUAL LIFE ASSURANCE COMPANY OF WORCESTER, MASSACHUSETTS, Respondent.

Submitted January 17, 1939; decided February 21, 1939.

*Nathan Waxman, Leonard G. Bisco* and *N. Wolfe Morgan* for appellant.

*Bruce Bromley, Albert R. Connelly* and *Alexander Hehmeyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.